AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16 Cr. 397 (LTS) |
| Aaron Johnson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aaron Johnson                                                                                          .

Date:   04/23/2017

*Grainne E. O'Neill*
*Attorney's signature*

Grainne E. O'Neill; GO8819
*Printed name and bar number*

25 Eighth Ave, Suite C
Brooklyn, NY 11217

*Address*

grainne@oandh.net
*E-mail address*

(646) 808-0997
*Telephone number*

(212) 203-1858
*FAX number*