

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-25-2017

May 24, 2017

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Allen, et al.**
       **16 Cr 397 (LTS)**

Dear Judge Swain:

The Court previously scheduled a conference for May 25, 2017, at 11:45 a.m., to discuss any defense motions filed. As confirmed with Chambers by phone, as the deadline for defense motions has been adjourned until June 2, 2017, the Government respectfully requests that the May 25, 2017 conference be adjourned until the week of June 12, 2017.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:   /s/
Amanda L. Houle/ Jason M. Swergold
Assistant United States Attorneys
(212) 637-2194 / 1023

cc:   All defense counsel (by ECF)

The conference is adjourned to June 15, 2017, at 2:30pm.

**SO ORDERED:**

/s/ 5/25/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE