RICHARD B. LIND

ATTORNEY AT LAW

880 THIRD AVENUE

13TH FLOOR

NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725

FACSIMILE (212) 371-2961

E-MAIL: rlind@lindlawyer.com

WEBSITE: www.richardlindlawyer.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-2017

June 8, 2017

**By ECF**

Hon. Laura Taylor Swain
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

# MEMO ENDORSED

> Re:     United States v. Aaron Johnson
>         16 Cr. 397 (LTS)

Dear Judge Swain:

In July 2016, I was appointed as CJA counsel for defendant Johnson in the above-referenced case. Earlier this week, Mr. Johnson pleaded guilty before Magistrate Judge Gorenstein to a reduced charge under Count One. I am writing to the Court to request that I be permitted to submit an interim voucher.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Richard B. Lind

Richard B. Lind

The request is granted.
DE #165 resolved.

SO ORDERED:

_6/12/17_
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE